**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **MANUAL HERRERA,** | ) | **NO. EDCV 21-1068 RSWL (KS)** |
| **Petitioner,** | ) | |
| **v.** | ) | **JUDGMENT** |
| **T. JUSINO, Warden,** | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: February 2, 2022          _____*/S/ RONALD S.W. LEW*_____

RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE